IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
MEDFORD DIVISION

| | |
|---|---|
| KLAMATH-SISKIYOU WILDLANDS CENTER, OREGON WILD, *et al.*<br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT<br>    Federal Defendant,<br><br>and<br><br>MURPHY COMPANY<br>    Intervenor-Defendant. | ) Case No. 1:19-CV-01810-CL<br>)<br>)<br>) ORDER<br>)<br>)<br>)<br>)<br>) |

    This case comes before the Court on the Parties' Joint Status Report and Proposed Schedule. The Court finds good cause and hereby ORDERS as follows:

    1.    The parties will amend the pleadings or add parties by **August 5, 2020.**

    2.    Federal Defendant must file an answer to Plaintiffs' Amended Complaint within 14 days of Plaintiffs' filing.

    3.    Federal Defendant will lodge the Administrative Record with the Court by **September 9, 2020** and may lodge the Administrative Record on electronic media (e.g., thumb drive), rather than filing it on CM-ECF.

    4.    Plaintiffs and Intervenor-Defendant will inform Federal Defendant, informally and in writing, of any objections to the Administrative Record by **September 30, 2020**.

    5.    Any motion to complete, supplement, or otherwise challenge the sufficiency of the Administrative Record is due by **October 14, 2020**. Plaintiffs and Intervenor-Defendant may file any such motions based only on the issues raised informally with Federal Defendant. The

filing of a motion to complete, supplement, or otherwise challenge the sufficiency of the Administrative Record will not suspend the summary judgment briefing set forth below.

6. Plaintiffs' opening summary judgment brief shall be due by **November 4, 2020**.

7. Federal Defendant's combined cross-motion and response brief shall be due by **December 16, 2020**.

8. Intervenor-Defendant's combined cross-motion and response brief shall be due by **December 16, 2020.**

9. Plaintiffs' combined response and reply brief shall be due by **January 13, 2021.**

10. Federal Defendant's reply shall be due by **February 10, 2021.**

11. Intervenor-Defendant's reply shall be due by **February 10, 2021**.

12. If the Court rules in Plaintiffs' favor on one or more of Plaintiffs' claims on summary judgment, the Parties shall confer and propose a briefing schedule for remedy within 14 days of the Court's ruling.

IT IS SO ORDERED and DATED this 28th day of July, 2020.

/s/ Mark D. Clarke

MARK D. CLARKE
United States Magistrate Judge