**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
MEDFORD DIVISION**

| | | |
|---|---|---|
| KLAMATH-SISKIYOU WILDLANDS CENTER, OREGON WILD, *et al.* | ) | Case No. 1:19-CV-01810-CL |
| Plaintiffs, | ) | |
| | ) | [PROPOSED] ORDER |
| v. | ) | |
| | ) | |
| UNITED STATES BUREAU OF LAND MANAGEMENT, and UNITED STATES FISH AND WILDLIFE SERVICE | ) | |
| Federal Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| MURPHY COMPANY | ) | |
| Intervenor-Defendant. | ) | |

This case comes before the Court on Federal Defendants' Unopposed Motion for an Extension of Time to Answer the Amended Complaint and to Modify Scheduling Order. The Court finds good cause and hereby GRANTS the motion. The Court's July 28, 2020 Order (ECF No. 25) is amended as follows:

1. Federal Defendants' answer to Plaintiffs' Amended Complaint is due by **September 3, 2020**.

2. FWS will lodge its Administrative Record with the Court by **September 23, 2020** and may lodge the Administrative Record on electronic media (e.g., thumb drive), rather than filing it on CM-ECF.

All other deadlines in the Court's July 28, 2020 Order remain in effect.

IT IS SO ORDERED and DATED this _____ day of August 2020.


_____
MARK D. CLARKE
United States Magistrate Judge