IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
MEDFORD DIVISION

KLAMATH-SISKIYOU WILDLANDS ) Case No. 1:19-CV-01810-CL
CENTER, OREGON WILD, *et al.* )
    Plaintiffs, )
) ORDER
v. )
)
UNITED STATES BUREAU OF )
LAND MANAGEMENT, and UNITED )
STATES FISH AND WILDLIFE )
SERVICE )
    Federal Defendants, )
)
and )
)
MURPHY COMPANY )
    Intervenor-Defendant. )
)

This case comes before the Court on Federal Defendants' Unopposed Motion for an Extension of Time to Answer the Amended Complaint and to Modify Scheduling Order. The Court finds good cause and hereby GRANTS the motion. The Court's July 28, 2020 Order (ECF No. 25) is amended as follows:

1. Federal Defendants' answer to Plaintiffs' Amended Complaint is due by **September 3, 2020.**

2. FWS will lodge its Administrative Record with the Court by **September 23, 2020** and may lodge the Administrative Record on electronic media (e.g., thumb drive), rather than filing it on CM-ECF.

All other deadlines in the Court's July 28, 2020 Order remain in effect.

IT IS SO ORDERED and DATED this 5th day of August 2020.

                                      <u>/s/ Mark D. Clarke</u>
                                      MARK D. CLARKE
                                      United States Magistrate Judge