IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KLAMATH-SISKIYOU WILDLANDS
CENTER, et al.,

               Plaintiffs,                                  Case No. 1:19-cv-1810-CL

     v.

UNITED STATES BUREAU OF LAND            ORDER
MANAGEMENT, et al.,

               Federal Defendants,

     and

MURPHY COMPANY,

               Intervenor-Defendant.

_____

MCSHANE, Judge:

     Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 46), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiffs filed objections to the Findings and Recommendation. ECF No. 50. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is correct.

     Magistrate Judge Clarke's Findings and Recommendation (ECF No. 46) is adopted. Plaintiffs' Motion for Summary Judgment (ECF No. 36) is DENIED. Defendant's Cross Motion

for Summary Judgment (ECF No. 38) is GRANTED. Intervenor-Defendant's Cross Motion for

Summary Judgment (ECF No. 37) is GRANTED to the extent it aligns with BLM's motion.

IT IS SO ORDERED.

DATED this 16th day of November, 2021.

_____/s/ Michael J. McShane_____
Michael McShane
United States District Judge

2 –ORDER