IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KLAMATH-SISKIYOU
WILDLANDS CENTER, et al.,

      Plaintiffs,                          Case No. 1:19-cv-1810-CL

      v.

                                              JUDGMENT

UNITED STATES BUREAU OF LAND
MANAGEMENT, et al.,

      Federal Defendants,

  and

MURPHY COMPANY,

      Intervenor-Defendant.

_____

MCSHANE, Judge:

      Based on the record, Judgment for Defendants.

IT IS SO ORDERED.

      DATED this 16th day of November, 2021.

                                            _____/s/ Michael J. McShane_____
                                                           Michael McShane
                                                      United States District Judge

1 –JUDGMENT