SUSAN JANE BROWN (OSB #054607)
Western Environmental Law Center
4107 NE Couch St.
Portland, OR 97232
(503) 914-1323 | Phone
brown@westernlaw.org

SANGYE INCE-JOHANNSEN (OSB #193827)
Western Environmental Law Center
120 Shelton McMurphey Blvd, Ste 340
Eugene, OR 97401
(541) 778-6626 | Phone
sangyeij@westernlaw.org

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
MEDFORD DIVISION

| | |
|---|---|
| KLAMATH-SISKIYOU WILDLANDS CENTER, OREGON WILD, CASCADIA WILDLANDS, and SODA MOUNTAIN WILDERNESS COUNCIL,<br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT, and UNITED STATES FISH AND WILDLIFE SERVICE,<br>*Federal-Defendants*,<br><br>and<br><br>MURPHY COMPANY,<br>*Defendant-Intervenor.* | Civ. Case No. 1:19-cv-01810-CL<br><br>**PLAINTIFFS' NOTICE OF APPEAL** |

Notice is hereby given that Klamath-Siskiyou Wildlands Center, Oregon Wild, Cascadia Wildlands, and Soda Mountain Wilderness Council ("Plaintiffs") appeal to the United States Court of Appeals for the Ninth Circuit this Court's Order Re Motion for Summary Judgment, entered in the action on November 16, 2021 (ECF 53); and this Court's Judgment, entered in the action on November 16, 2021 (ECF 54) (collectively "Appealed Orders").

In appealing from the Appealed Orders, Plaintiffs appeal from any and all orders antecedent and ancillary thereto, including any and all judgments, decrees, decisions, rulings, and opinions that merged into and became part of the Appealed Orders, that shaped the Appealed Orders, that are related to the Appealed Orders, or upon which the Appealed Orders are based. Copies of the orders and judgment from which Plaintiffs appeal are attached as Exhibit B.

Pursuant to Fed. R. App. P. 12(b) and Ninth Circuit Rule 3-2(b), Plaintiffs' Representation Statement is attached to this notice as Exhibit A.

Respectfully submitted,

Dated: January 6, 2022.

/s/ *Sangye Ince-Johannsen*
Sangye Ince-Johannsen (OSB #193827)
Western Environmental Law Center
120 Shelton McMurphey Blvd, Ste 340
Eugene, OR 97401
(541) 778-6626 | Phone
sangyeij@westernlaw.org

Susan Jane Brown (OSB #054607)
Western Environmental Law Center
4107 NE Couch St.
Portland, OR 97232
(503) 914-1323 | Phone
brown@westernlaw.org

*Attorneys for Plaintiffs*