# EXHIBIT A

SUSAN JANE BROWN (OSB #054607)
Western Environmental Law Center
4107 NE Couch St.
Portland, OR 97232
(503) 914-1323 | Phone
brown@westernlaw.org

SANGYE INCE-JOHANNSEN (OSB #193827)
Western Environmental Law Center
120 Shelton McMurphey Blvd, Ste 340
Eugene, OR 97401
(541) 778-6626 | Phone
sangyeij@westernlaw.org

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
MEDFORD DIVISION

| | |
|---|---|
| KLAMATH-SISKIYOU WILDLANDS CENTER, OREGON WILD, CASCADIA WILDLANDS, and SODA MOUNTAIN WILDERNESS COUNCIL,<br>             *Plaintiffs,*<br><br>v.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT, and UNITED STATES FISH AND WILDLIFE SERVICE,<br>             *Federal-Defendants*,<br><br>and<br><br>MURPHY COMPANY,<br>             *Defendant-Intervenor.* | Civ. Case No. 1:19-cv-01810-CL<br><br>**PLAINTIFFS' REPRESENTATION STATEMENT** |

Klamath-Siskiyou Wildlands Center, Oregon Wild, Cascadia Wildlands, and Soda

Mountain Wilderness Council ("Plaintiffs"), pursuant to Fed. R. App. P. 12(b) and Ninth Circuit

Rule 3-2, hereby submit the following representation statement:

**Plaintiffs** are represented by:

Sangye Ince-Johannsen (OSB #193827)         Susan Jane Brown (OSB #054607)
Western Environmental Law Center            Western Environmental Law Center
120 Shelton McMurphey Blvd, Ste 340         4107 NE Couch St.
Eugene, OR 97401                            Portland, OR 97232
(541) 778-6626                              (503) 914-1323
sangyeij@westernlaw.org                     brown@westernlaw.org

**Federal Defendants** the United States Bureau of Land Management and United States

Fish and Wildlife Service are represented by:

John P. Tustin                  Emma L. Hamilton               Robert M. Norway
(TX Bar #24056458)              (CA Bar #325360)               (DC Bar #490715)
U.S. Department of Justice      U.S. Department of Justice     U.S. Department of Justice
P.O. Box 7611                   P.O. Box 7611                  P.O. Box 7611
Washington, DC 2004-7611        Washington, DC 2004-7611       Washington, DC 2004-7611
(202) 305-3022                  (303) 844-1361                 (202) 307-1145
john.tustin@usdoj.gov           emma.hamilton@usdoj.gov        robert.m.norway@usdoj.gov

**Defendant-Intervenor** Murphy Company is represented by:

Michael E. Haglund              Julie A. Weis                  Christopher T. Griffith
(OSB #772030)                   (OSB #974320)                  (OSB #154664)
Haglund Kelley LLP              Haglund Kelley LLP             Haglund Kelley LLP
2177 SW Broadway                2177 SW Broadway               2177 SW Broadway
Portland, OR 97201              Portland, OR 97201             Portland, OR 97201
(503) 225-0777                  (503) 225-0777                 (503) 225-0777
mhaglund@hk-law.com             weis@hk-law.com                cgriffith@hk-law.com

Respectfully submitted,

Dated: January 6, 2022.

/s/ *Sangye Ince-Johannsen*

Sangye Ince-Johannsen (OSB #193827)
Western Environmental Law Center
120 Shelton McMurphey Blvd, Ste 340
Eugene, OR 97401
(541) 778-6626 | Phone
sangyeij@westernlaw.org

Susan Jane Brown (OSB #054607)
Western Environmental Law Center
4107 NE Couch St.
Portland, OR 97232
(503) 914-1323 | Phone
brown@westernlaw.org

*Attorneys for Plaintiffs*